## WATTS *v.* LYNCH.

Money paid upon a wager on the result of an election may be recovered back, under Gen. Laws, c. 272, ss. 12, 13.

ASSUMPSIT, to recover $50 deposited by the plaintiff with a stakeholder, about November 1, 1884, upon a wager with the defendant as to the result of the coming presidential election. The defendant won the bet, and the stakeholder thereupon paid over the money to him. Facts agreed.

*Osgood & Prescott*, for the plaintiff.

*Sulloway, Topliff & O'Conner*, for the defendant.

BLODGETT, J. Section 12 of *c.* 272, Gen. Laws, makes void all bets and wagers upon any question in which the parties have no interest in the subject except that created by the wager; and *s.* 13 gives the loser a right of action against the winner for any money or property won and received by him upon such bet or wager. Consequently the otherwise fatal objection of *particeps criminis* does not avail against the plaintiff; and as the agreed facts suggest no other defence, nothing appears which precludes him from a recovery.

*Judgment for the plaintiff.*

SMITH, J., did not sit: the others concurred.